IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MICHAEL MARVIN RUSSIE, §
§
Plaintiff, §
§
v. § Civil Action No. 2:17-CV-225-D
§
LORIE DAVIS et al., §
§
Defendants. §

# ORDER

After making an independent review of the pleadings, files, and records in this case, and the July 12, 2018 findings, conclusions, and recommendation of the magistrate judge to deny plaintiff's motion for injunctive relief and temporary restraining order, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, plaintiff's November 20, 2017 order to show cause for preliminary injunction and temporary restraining order is denied.

**SO ORDERED**.

August 9, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE